CO-386
10/2018

# United States District Court
# For the District of Columbia

American Oversight )
)
)
)
)
           Plaintiff )      Civil Action No. __1:25-cv-00883__
)
vs )
)
Pete Hegseth et al. )
)
)
          Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __American Oversight__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Oversight__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ BAS_____
Signature

__90020649_____    Benjamin A. Sparks_____
BAR IDENTIFICATION NO.    Print Name

    1030 15th Street NW, B255_____
    Address

    Washington, DC 20005_____
    City    State    Zip Code

    (202) 873-1741_____
    Phone Number