AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Oversight | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-00883-JEB |
| Pete Hegseth et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Oversight                                                                                                                                      .

Date:     03/25/2025

/s/ Katherine M. Anthony
*Attorney's signature*

Katherine M. Anthony, DC Bar No. 1630524
*Printed name and bar number*

American Oversight
1030 15th Street NW, B-255
Washington, DC 20005

*Address*

katherine.anthony@americanoversight.org
*E-mail address*

(202) 897-3918
*Telephone number*

(202) 871-6523
*FAX number*