AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Oversight | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-00883-JEB |
| Pete Hegseth et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Oversight.

Date: 3/26/2025

s/ Ronald Fein
*Attorney's signature*

Ronald Fein, DDC Bar #MA0012, DC Bar #90026641
*Printed name and bar number*
American Oversight
1030 15th Street NW, B-255
Washington, DC 20005

*Address*

ron.fein@americanoversight.org
*E-mail address*

202-869-5241
*Telephone number*

202.871.6523
*FAX number*