# EXHIBIT A

**Wednesday, March 26, 2025 at 14:56:35 Central Daylight Time**

**Subject:** Motion for Temporary Restraining Order, American Oversight v. Hegseth et al., 25-cv-00883-JEB
**Date:** Wednesday, March 26, 2025 at 2:55:19 PM Central Daylight Time
**From:** Ben Sparks
**To:** dcd_cmecf@dcd.uscourts.gov

Good afternoon,

I am writing to provide notice pursuant to LCvR 65.1(b) that Plaintiff American Oversight will likely be filing a Motion for Temporary Restraining Order outside of business hours today (March 26, 2025) in D.D.C. Civil Case No. 1:25-cv-00883-JEB. A few minutes ago, I called the Civil Help Desk line at (202) 354-3190 and left a voicemail with this same information. Should you have any questions, please feel free to contact me at the information below.

Thank you,

--
**Ben Sparks** | he/him/his
Senior Counsel | American Oversight
ben.sparks@americanoversight.org | (202) 873-1741
www.americanoversight.org | @weareoversight