**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-00883-JEB |
| | ) | |
| PETE HEGSETH, in his official capacity as Secretary of Defense, | ) | |
| | ) | |
| TULSI GABBARD, in her official capacity as Director of National Intelligence, | ) | |
| | ) | |
| JOHN L. RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency, | ) | |
| | ) | |
| SCOTT BESSENT, in his official capacity as Secretary of the Treasury | ) | |
| | ) | |
| MARCO A. RUBIO, in his official capacities as Secretary of State and Acting Archivist of the United States, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**[ PLAINTIFF'S PROPOSED ] ORDER**

UPON CONSIDERATION of American Oversight's Motion for Temporary Restraining Order and the entire record herein, and for the reasons stated on the record, it is hereby

ORDERED that American Oversight's Motion for Temporary Restraining Order is GRANTED; and it is further

ORDERED that Defendants Hegseth, Gabbard, Ratcliffe, Bessent, and Rubio, in their capacities as heads of their respective agencies, shall take steps to ensure the preservation of any federal records that were created between March 11 and March 15, 2025, regarding and including any messages that are or were contained in "the Signal chat," as referenced in the Complaint ¶ 28 n.1, ECF No. 1; and it is further

ORDERED that Defendants Hegseth, Gabbard, Ratcliffe, Bessent, and Rubio, in their capacities as heads of their respective agencies and pursuant to 44 U.S.C. § 3106, shall initiate action through the Attorney General for the recovery of any destroyed federal records that were created between March 11 and March 15, 2025, regarding and including any messages that are or were contained in "the Signal chat," as referenced in the Complaint ¶ 28 n.1, ECF No. 1; and it is further

ORDERED that Defendant Rubio, in his capacity as Acting Archivist of the United States and pursuant to 44 U.S.C. § 3106, shall assist Defendants Hegseth, Gabbard, Ratcliffe, and Bessent with initiating such action through the Attorney General; and it is further

ORDERED that Defendants Hegseth, Gabbard, Ratcliffe, Bessent, and Rubio, in their capacities as heads of their respective agencies, shall take steps to confirm that the use of any electronic messaging applications with an auto-delete function by any Defendant individually or within their respective agencies, including Signal, complies with all requirements of the Federal Records Act, 44 U.S.C. §§ 3101 et seq., and the related rules and regulations of their respective agencies;

ORDERED that Defendants shall, within two days of the date of this Order, file with the Court a Status Report with supporting affidavits or declarations reporting on the status of their compliance with the terms of this Order.

SO ORDERED.

Date: _____

_____
Hon. James E. Boasberg, Chief Judge
United States District Judge