IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    *Plaintiff,*<br><br>    v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense et al.,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 25-cv-883-JEB<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Amber Richer of the U.S. Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Defendants.

Dated: March 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

 /s/ Amber Richer_____
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov
*Attorneys for Defendant*

1