IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> PETE HEGSETH, in his official capacity as ) <br> Secretary of Defense et al., ) <br> ) <br> *Defendants*. ) <br> ) | Civil Action No. 25-cv-883-JEB |

## NOTICE

The Court entered the following Minute Order after yesterday's hearing on Plaintiff's Motion for a Temporary Restraining Order:

> As agreed by the parties in today's TRO hearing, the Court ORDERS that: 1) Defendants shall promptly make best efforts to preserve all Signal communications from March 11-15, 2025; 2) By March 31, 2025, Defendants shall file a Status Report with declarations setting forth the steps that they have taken to implement such preservation; and 3) This Order shall expire on April 10, 2025, in the event that Defendants' measures are satisfactory to the Court.

Defendants submit this notice to inform the Court of their understanding that the Court's order to "preserve all Signal communications from March 11-15, 2025" refers specifically to the group chat on which Plaintiff has centered its lawsuit.  *See* Plaintiff's Motion for Temporary Restraining Order at 1, ECF No. 6; *see also* Complaint ¶ 28 & n.1, ECF No. 1.  Defendants advised Plaintiff of their interpretation of the Court's order yesterday after the hearing and discussed a potential motion for clarification.  Plaintiff stated it took no position on, and did not intend to oppose, such a motion.  Defendants therefore submit this notice in lieu of a motion for clarification.  Defendants will file their status report by Monday as directed.

1

Dated: March 28, 2025            Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov
*Attorneys for Defendant*