IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    *Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense et al.,<br><br>    *Defendants*. | Civil Action No. 25-cv-883-JEB |

## DEFENDANTS' STATUS REPORT

Pursuant to the Minute Order entered on March 27, 2025, Defendants file this status report with the attached declarations setting forth steps that they have taken to implement preservation of the Signal group chat communications from March 11-15, 2025.

1. After a hearing on the Plaintiff's Motion for Temporary Restraining Order, the Court entered the following Minute Order:

> As agreed by the parties in today's TRO hearing, the Court ORDERS that: 1) Defendants shall promptly make best efforts to preserve all Signal communications from March 11-15, 2025; 2) By March 31, 2025, Defendants shall file a Status Report with declarations setting forth the steps that they have taken to implement such preservation; and 3) This Order shall expire on April 10, 2025, in the event that Defendants' measures are satisfactory to the Court.

2. As stated in the Notice filed on March 28, 2025, ECF No. 9, Defendants understand that the Court's order to "preserve all Signal communications from March 11-15, 2025" refers specifically to the group chat on which Plaintiff has centered its lawsuit. *See, e.g.*, Plaintiff's Motion for Temporary Restraining Order at 1, ECF No. 6; Complaint ¶ 28 & n.1, ECF No. 1. Accordingly, the declarations attached to this status report as Exhibits 1-4 set forth steps that the

Department of Defense ("DoD"), Office of the Director of National Intelligence ("ODNI"), the Central Intelligence Agency ("CIA"), and the State Department have taken to preserve that Signal group chat.

3.  In addition, the Declaration of Christopher Pilkerton, Acting General Counsel, U.S. Department of the Treasury that was attached to Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order, ECF No. 8-1, sets forth steps that the Department of Treasury has taken to preserve the Signal group chat. *See also* Declaration of Gerald J. Dziecichowicz, Associate Deputy General Counsel for DoD, attached to Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order, ECF No. 8-2.

Dated: March 31, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov
*Attorneys for Defendant*