# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff* <br><br> v. <br><br> PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-883 |

## DECLARATION OF DAVID P. BENNETT

I, David P. Bennett, declare as follows:

1. I am the Director of the Office of Information Counsel, Office of General Counsel, United States Department of Defense ("DoD"). I make this declaration in response to the Court's minute order of March 27, 2025, and to supplement DoD's declaration of March 27, 2025. The statements in this declaration are based on information and belief obtained by me in the course of my official duties.

2. A search of Secretary of Defense Hegseth's mobile device has been conducted and available Signal application messages that are at issue in this case have been preserved.

3. The DoD Office of the General Counsel has issued a litigation hold to comply with the Department of Defense's preservation obligations.

      I declare under penalty of perjury that the foregoing is true.

March 31, 2025

David P. Bennett
Director, Office of Information Counsel
Office of General Counsel
Department of Defense