# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:25-cv-00883-JEB |
|  | ) |
| PETE HEGSETH, et al | ) |
|  | ) |

## DECLARATION OF MALLORY D. ROGOFF

Pursuant to 28 U.S.C. § 1746, I, Mallory D. Rogoff, declare and state as follows:

1. I am the Agency Records Officer for the U.S. Department of State ("Department"), within the Shared Knowledge Services ("A/SKS") office of the Bureau of Administration. I have served in this position since March 24, 2024. I am the Secretary's delegated records officer who is responsible for coordinating and overseeing the implementation of the Department's Federal Records Act program. I also ensure formal training is provided to all Department personnel on the policies for managing records and their recordkeeping responsibilities.

2. I am familiar with the efforts of Department personnel to preserve federal records, and I am in charge of developing policies and procedures that meet the Department's Federal Records Act objectives.

3. As a matter of standard procedure, when a litigation is initiated against the Department or the Secretary of State in his official capacity, the Department sends a litigation hold memorandum to all Department employees who are reasonably likely to have responsive records.

4. The litigation hold memorandum states that the law requires the Department to preserve information relevant to this issue in whatever form it was generated and to maintain that information until the conclusion of the matter. It emphasizes that it is critically important that the recipient not delete or otherwise destroy any information that could potentially be relevant to this matter. The memorandum's instructions have immediate effect.

5. On March 27, 2025, consistent with this practice, a litigation hold memorandum was transmitted to the Office of Secretary of State in relation to this matter. The litigation hold memorandum directed that the recipients preserve all documents and data relating to this matter, including any communications sent or received on or related to "the Signal chat," as defined in the complaint.

6. The Office of the Secretary responded in writing to acknowledge the obligations in the memorandum, and committed to comply with them. They also confirmed that images of the Signal chat in the possession of the Office of the Secretary have been captured and will be preserved. The requirements of the litigation hold memorandum are continuing and apply to all documents and data, in whatever form.

\*\*\*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of March 2025, Washington, D.C.

Mallory D. Rogoff

2