IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  *Plaintiff,*<br><br>  v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense et al.,<br><br>  *Defendants.* | Civil Action No. 25-cv-883-JEB |

### **DEFENDANTS' NOTICE OF FILING OF SUPPLEMENTAL DECLARATIONS**

  Pursuant to the Minute Order entered on April 10, 2025, Defendants submit this notice of filing of the attached supplemental declarations addressing the specific clarifications noted by the Court during the April 10, 2025 status hearing.

Dated: April 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

 /s/ Amber Richer_____
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov
*Attorneys for Defendant*

1