# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:25-cv-883 |
| ) | |
| PETE HEGSETH, in his official capacity as ) | |
| Secretary of Defense, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL DECLARATION OF DAVID P. BENNETT

I, David P. Bennett, declare as follows:

1. I am the Director of the Office of Information Counsel (OIC), Office of General Counsel (OGC), United States Department of Defense ("DoD"). OIC is the DoD OGC section dedicated to the practice of information law. Among other areas, the OIC staff provides DoD-wide legal advice and assistance on a variety of information law areas, including the Freedom of Information Act; privacy; civil liberties; records management; public affairs; collections of information; and litigation support, inquiries, and investigations. This practice area generally encompasses legal support concerning the creation, collection, use, maintenance, retention, safeguarding, disclosure of data and records. I make this declaration in response to the Court's minute order on April 10, 2025, and to supplement DoD's declarations of March 27 and March 31, 2025. The statements in this declaration are based on information and belief obtained by me in the course of my official duties.

2. A search of Secretary of Defense Pete Hegseth's mobile device was conducted on or about March 27, 2025. Screenshots were taken of the existing Signal application

messages that are at issue in this case and have been preserved in a record keeping system within the office of the Secretary of Defense.

I declare under penalty of perjury that the foregoing is true.

April 14, 2025

David P. Bennett
Director, Office of Information Counsel
Office of General Counsel
Department of Defense