# Exhibit 3

UNCLASSIFIED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>      v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, et al.,<br><br>      Defendants. | Case No. 25-cv-883 |

**SUPPLEMENTAL DECLARATION OF HURLEY V. BLANKENSHIP**

I, Hurley V. Blankenship, hereby declare as follows:

    1.   I continue to serve as the Chief Data Officer (CDO) and the Director of the Agency Data Office (ADO) at the Central Intelligence Agency ("CIA" or "Agency"). I respectfully refer the Court to my initial declaration, dated 31 March 2025, that was attached to the Defendants' Status Report in the above-referenced matter. See ECF 10-3.

    2.   Through the exercise of my official duties, I have become familiar with the claims asserted against the defendants in this matter, including those against CIA Director John L. Ratcliffe in his official capacity. I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

UNCLASSIFIED

3. As noted in my initial declaration, I understand that Director Ratcliffe was invited to participate in "the Signal chat" referenced in the plaintiff's complaint, and that residual administrative content from "the Signal chat" was retrievable from that account and transferred to Agency systems. I understand the Court would like to know when this transfer occurred, as well as the meaning of "residual administrative content." This declaration provides the requested information.

4. I understand that the Director's personal Signal account was reviewed and a screenshot of the Signal Chat at issue was captured from the Director's account on 31 March 2025, and transferred to Agency records systems the same day. I understand that the screenshot reflects the information available at the time the screenshot was captured, which I characterized as "residual administrative content" in my initial declaration. I used that terminology because the screenshot does not include substantive messages from the Signal chat; rather, it captures the name of the chat, "Houthi PC small group", and reflects administrative notifications from 26 March and 28 March relating to changes in participants' administrative settings in this group chat, such as profile names and message settings.

UNCLASSIFIED

\*   \*   \*

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of April 2025

_____
Hurley V. Blankenship
Chief Data Officer
Central Intelligence Agency