# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>PETE HEGSETH, et al | Civil Action No. 1:25-cv-00883-JEB |

## DECLARATION OF TIMOTHY J. KOOTZ

Pursuant to 28 U.S.C. § 1746, I, Timothy J. Kootz, declare and state as follows:

1. I am the Deputy Assistant Secretary ("DAS") for Shared Knowledge Services ("A/SKS")[1] within the Bureau of Administration of the United States Department of State (the "Department" or "State"), a position in which I have served since September 9, 2024. Previously, I was the Director of the Office of Information Programs and Services ("IPS")[2] within Global Information Services ("GIS"), a position in which I served from March 26, 2023, to September 8, 2024. I am the Department official responsible for responding to requests for records under the Freedom of Information Act ("FOIA"), 5. U.S.C. § 552; the Privacy Act of 1974, 5 U.S.C. § 552a; and other applicable records access provisions. I also served as the Agency Records Officer and the Chief of the Records and Archives Management Division of IPS from October 2016 to March 2023. I supervise the current Agency Records Officer, who is responsible for coordinating and overseeing the implementation of the Department's Federal Records Act program.

---

[1] Shared Knowledge Services was formerly Global Information Services ("A/GIS").

[2] The Office of Information Programs and Services ("IPS") was renamed the Information Access Programs Directorate ("IAP") in October 2024.

2. I am familiar with the efforts of Department personnel to preserve federal records, and supervise the Department officials responsible for policies and procedures that meet the Department's Federal Records Act objectives.

3. This declaration supplements the declaration of my colleague, Mallory D. Rogoff, the Agency Records Officer, dated March 29, 2025. That declaration affirmed that a litigation hold memorandum was transmitted to the Office of Secretary of State in relation to this matter on March 27, 2025. It also affirmed that the Office of the Secretary had confirmed that images of the Signal chat in the possession of the Office of the Secretary had been captured and would be preserved.

4. I understand from representations by the Office of the Secretary that the images of the Signal chat in the possession of that Office include any images captured from the Secretary of State's communications devices. I understand that searches of the relevant devices began on March 27, 2025.

***

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __14__ day of April 2025, Washington, D.C.

*[signature]*

Timothy J. Kootz

2