# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> PETE HEGSETH, in his official capacity as ) <br> Secretary of Defense, ) <br> ) <br> TULSI GABBARD, in her official capacity as ) <br> Director of National Intelligence, ) <br> ) <br> JOHN L. RATCLIFFE, in his official capacity ) <br> as Director of the Central Intelligence Agency, ) <br> ) <br> SCOTT BESSENT, in his official capacity as ) <br> Secretary of the Treasury ) <br> ) <br> MARCO A. RUBIO, in his official capacities ) <br> as Secretary of State and Acting Archivist of ) <br> the United States, ) <br> ) <br> and ) <br> ) <br> NATIONAL ARCHIVES AND RECORDS ) <br> ADMINISTRATION, ) <br> ) <br> *Defendants*. ) | Case No. 1:25-cv-00883-JEB |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, the Federal Records Act, 44 U.S.C. §§ 3101 et seq., and the Administrative Procedure Act, 5 U.S.C. §§ 701 et seq., Plaintiff American Oversight respectfully moves this Court for a preliminary injunction as follows:

(1) declare that messages and communications sent and received by Defendants over Signal in the transaction of government business are federal records subject to the FRA;

(2) order the agency-head Defendants to implement adequate recordkeeping programs applicable to Signal messages to ensure compliance with the FRA for the pendency of litigation,

(3) order the agency-head Defendants to immediately preserve all materials relating to Plaintiff's claims in the Amended Complaint, ECF No. 17, including all Signal messages sent or received by Defendants in the course of conducting government business since the date each agency-head Defendant took their respective offices;

(4) order the agency-head Defendants to comply with 44 U.S.C. § 3106(a) by notifying Acting Archivist Rubio of all unlawfully deleted Signal records and, with Acting Archivist Rubio's assistance, by initiating an action through the Attorney General for the recovery of all of Defendants' unlawfully deleted Signal records; and/or

(5) order Defendant Rubio, in his capacity as Acting Archivist, to comply with 44 U.S.C. § 3106(b) by requesting that the Attorney General initiate an action for the recovery of all of Defendants' unlawfully deleted Signal records and by notifying Congress when such request is made.

\* \* \*

This Motion is based on the Amended Complaint, ECF No. 17, the entire record, the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, the Second Declaration of Benjamin A. Sparks, and the Federal Records Act, 44 U.S.C. §§ 3101 et seq. Pursuant to Local Rule 65.1(d), American Oversight asks that the Court schedule a hearing on this Motion at the Court's earliest convenience.

Plaintiff respectfully requests that the Court grant the motion and issue the preliminary injunction.

Dated: April 22, 2025

Respectfully submitted,

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
Ronald A. Fein
D.C. Bar No. 90026641
Katherine M. Anthony
D.C. Bar No. 1630524

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org
ron.fein@americanoversight.org
katherine.anthony@americanoversight.org
*Counsel for Plaintiff*