IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-00883-JEB |
| PETE HEGSETH, in his official capacity as Secretary of Defense, | ) ) ) ) | |
| TULSI GABBARD, in her official capacity as Director of National Intelligence, | ) ) ) ) | |
| JOHN L. RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency, | ) ) ) ) | |
| SCOTT BESSENT, in his official capacity as Secretary of the Treasury | ) ) ) ) | |
| MARCO A. RUBIO, in his official capacities as Secretary of State and Acting Archivist of the United States, | ) ) ) ) ) | |
| and | ) ) | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

**[ PLAINTIFF'S PROPOSED ] PRELIMINARY INJUNCTION**

UPON CONSIDERATION of American Oversight's Motion for a Preliminary Injunction and the entire record herein, and for the reasons stated on the record, it is hereby

ORDERED that American Oversight's Motion for Preliminary Injunction is GRANTED; and it is further

ORDERED that messages and communications sent and received by Defendants over Signal in the transaction of government business are federal records subject to the Federal Records Act ("FRA"), 44 U.S.C. §§ 3101 *et seq.*; and it is further

ORDERED that Defendants Hegseth, Gabbard, Ratcliffe, Bessent, and Rubio, in their capacities as heads of their respective agencies, shall implement adequate recordkeeping programs applicable to Signal messages to ensure compliance with the FRA for the pendency of litigation; and it is further

ORDERED that Defendants Hegseth, Gabbard, Ratcliffe, Bessent, and Rubio, in their capacities as heads of their respective agencies, shall immediately preserve all materials relating to Plaintiff's claims in the Amended Complaint, ECF No. 17, including all Signal messages sent or received by Defendants in the course of conducting government business since the date each agency-head Defendant took their respective offices; and it is further

ORDERED that Defendants Hegseth, Gabbard, Ratcliffe, Bessent, and Rubio, in their capacities as heads of their respective agencies, shall notify Acting Archivist Rubio of all of their unlawfully deleted Signal records and, with Acting Archivist Rubio's assistance, shall initiate actions through the Attorney General for the recovery of all unlawfully deleted Signal records; and it is further

ORDERED that Defendant Rubio, in his capacity as Acting Archivist, shall request that the Attorney General initiate an action for the recovery of all of Defendants' unlawfully deleted Signal records and he shall notify Congress in writing when such request is made; and it is further

ORDERED that Defendants shall, within ten (10) days of the date of this Order, file with the Court a Status Report with supporting affidavits or declarations reporting on the status of their compliance with the terms of this Order.

SO ORDERED.

Date: _____   _____
                                          Hon. James E. Boasberg, Chief Judge
                                          United States District Judge