AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| American Oversight | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-883 |
| Pete Hegseth, in his official capacity, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Oversight.

Date: 04/24/2025

/s/ Emma Lewis
*Attorney's signature*

Emma Lewis, DC Bar No. 144574
*Printed name and bar number*

American Oversight
1030 15th Street NW
B255
Washington, DC 20005
*Address*

emma.lewis@americanoversight.org
*E-mail address*

(202) 919-6303
*Telephone number*

(202) 871-6523
*FAX number*