# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, et al.<br><br>　　　　Defendants. | No. 25-cv-883 |

**DECLARATION OF MARY C. WILLIAMS,
LITIGATION INFORMATION REVIEW OFFICER,
INFORMATION REVIEW AND RELEASE DIVISION,
CENTRAL INTELLIGENCE AGENCY**

I, MARY C. WILLIAMS, hereby declare and state:

I. **INTRODUCTION**

　　1.　I currently serve as the Litigation Information Review Officer ("LIRO") for the Information Review and Release Division at the Central Intelligence Agency ("CIA" or "Agency"), a position I have held since November 2023. As the LIRO, I am responsible for ensuring that any determinations as to the release or withholding of documents or information under my purview are proper and do not jeopardize the national security of the United States. I am also responsible for, among other things, the classification review of CIA documents and information that may be the subject of court proceedings.

1

2. I am a senior CIA official and hold original classification authority at the TOP SECRET level under written delegation of authority pursuant to section 1.3(c) of Executive Order 13526. This means I am authorized to assess the current, proper classification of CIA information, up to and including TOP SECRET information, based on the classification criteria of Executive Order 13526 and applicable regulations.

3. Pursuant to authority delegated by the Executive Director of the CIA, I also have been designated as a Records Validation Officer. As a Records Validation Officer, I am authorized to sign declarations on behalf of the CIA regarding searches for records and the contents of any located or referred records, including those containing information under the cognizance of any or all CIA directorates or areas.

4. Through the exercise of my official duties, I have become familiar with this civil action and the claims asserted against the defendants in this matter, including those against CIA Director John L. Ratcliffe in his official capacity. I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

5. I understand that, on April 8, 2025, CIA received an email from the White House Counsel's Office containing a consolidated version of the Signal group chat referenced in the March 24 and 26, 2025 articles in The Atlantic, which was

2

created out of an abundance of caution for federal records purposes. I further understand that this consolidated version of the group chat was created based on publicly available information and information saved from the chat participants' phones. The consolidated version includes content that has not been published by The Atlantic. This version is now saved in Agency systems.

6. The Agency records management policy relevant to this matter is set forth in Agency Regulation 10-8 ("AR 10-8"), published on April 25, 2018. While written primarily to address email retention, AR 10-8 applies broadly to the management and retention of all Agency electronic messages sent or received by Agency personnel for the conduct of Agency business, whether classified or unclassified or on official or nonofficial accounts. AR 10-8 is classified as UNCLASSIFIED//AGENCY INTERNAL USE ONLY. A redacted copy of AR 10-8 is attached hereto as Exhibit 1. The redacted information consists of sensitive Agency information, including information about personnel, internal network systems and processes (e.g., security), which has not been authorized for public release.

***


I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May 2025.

_____
Mary C. Williams
Litigation Information Review Officer
Information Review and Release Division
Central Intelligence Agency

# Attachment A

(U//AIUO) Disseminating or sharing any part of this document outside CIA must comply with AR 10-16.

AR 10-8 (U) Agency Email Retention (Formerly AR 70-19)

DDI - Agency Regulation Series 10 (Data Management) Published on 25 April 2018

Revision Summary

(U) This issuance was updated to comply with the Presidential Memorandum on Managing Government Records and Goal 1.2 of the Office of Management and Budget (OMB)/National Archives and Records Administration (NARA) Directive (M-12-18), Managing Government Records Directive for Federal Agencies to manage permanent and temporary email records in an accessible electronic format.

Regulation Summary

(U) This regulation informs all Agency personnel (as defined in the Definitions section) of Agency policy with respect to retention of all Agency email—classified and unclassified—for official or unofficial business that is sent or received by Agency personnel via government-owned, operated, provided, or sanctioned electronic messaging systems regardless of network or security domain.  This policy provides guidance aimed at ensuring that the reliability, authenticity, integrity, usability, content, context and structure of electronic messages and their attachments meet Agency mission needs; that the Agency is compliant with federal statutes and regulatory issuances concerning the management of information; and that there is appropriate management of Agency email systems.

Acronyms

- **(U) ADN -** Agency Data Network
- **(U) ADO -** Agency Data Office
- **(U) AIN -** Agency Internet Network
- **(U) ANTE Up -** AIN Network Transfer E-mail Up
- **(U) BCC -** Blind Carbon Copy
- **(U) CC -** Carbon Copy
- **(U) CDO -** Chief Data Officer
- ████████████████████████████████████
- **(U) GRS -** General Records Schedule
- **(U) IMO -** Information Management Officer
- **(U) JWICS -** Joint Worldwide Intelligence Communications System
- **(U) NARA -** National Archives and Records Administration
- **(U) NIPRNet -** Non-secure Internet Protocol Router Administration
- **(U) OMB -** Office of Management and Budget
- ████████████████████████████████████
- **(U) RCS -** Records Control Schedule
- **(U) SIPRNet -** Secret Internet Protocol Router Network

Definitions

**(U//AIUO) Agency Personnel -** For the purposes of this policy, Agency personnel are staff and non-staff personnel as defined in AR 3-2 (U) Categories of Personnel, ████████████████████████████████████████████████████████████████████████████████████

**(U//FOUO) ANTE Up -** A system that allows an Agency user to receive and read Agency Internet Network (AIN) email and attachments in that user's ████████████████████████████ It also enables the ████████████████████████████████████████

**(U) Approved Recordkeeping System -** An approved recordkeeping system is any system, electronic or non-electronic, established to maintain federal records with integrity and facilitate their retrieval, preservation, use, and disposition in support of official Agency business. An approved recordkeeping system must have all contents inventoried and mapped to the Records Control Schedule (RCS) or General Records Schedule (GRS).

**(U//FOUO) Corporate Email Repositories -** Enterprise Agency email management systems, including but not limited to ████████████████████████████████████████████████████████████████████████████████ that automatically capture and store emails sent and received by Agency personnel.

**(U//AIUO) Disposition of Federal Records -** Disposition refers to actions taken (including destruction, and/or transfer) when a scheduled federal record is no longer needed by an agency for current business. Information Management Officers (IMOs) are the only Agency officers authorized to approve the disposition action for a federal record. Agency records that have not been scheduled for disposition in the RCS or GRS may not be destroyed.

**(U) Electronic Messages -** Email and other electronic messaging systems that are used for purposes of communicating between individuals.

**(U) Email -** Messages and attachments distributed by electronic means from one computer user to one or more recipients via a network. For the purposes of this regulation, email does not include electronic messaging formats such as cables or instant messages.

**(U//AIUO) Exceptional Circumstances -** Such circumstances may consist of actual emergencies where official accounts are not available, or situations where someone initiates contact with Agency personnel on official Agency matters via a personal email account and Agency personnel must provide an immediate response.

**(U) Federal Record -** As defined by the Federal Records Act, a federal record includes all recorded information, regardless of physical form or characteristics, made or received by an agency of the United States Government under federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the Government or because of the information value of data in them. Records are information created or received by an organization that provides evidence of its business activities. Records can exist in any format (including, but not limited to, images, text machine readable code, audio, and video) and in any medium (including but not limited to, paper, film, and

machine readable objects such as email, instant messaging, or social media).

**(U) General Records Schedules -** Schedules issued by the Archivist of the United States that authorize, after specified periods of time, the destruction of temporary records or the transfer to the National Archives of the United States of permanent records that are common to several or all agencies.

**(U) Information Management Officer -** Information Management Officers (IMOs) are responsible for implementing records management solutions in CIA offices to support the Agency mission. An IMO shall be contacted on all issues concerning: maintenance and preservation of records in all mediums; electronic records management; development of new electronic information systems; and the retention and disposition of all federal records.

**(U) Nonrecord Material -** Nonrecord material is federally-owned informational material that does not meet the statutory definition of records pursuant to the Federal Records Act. Nonrecord material includes library and museum material made or acquired and preserved solely for reference or exhibition purposes, extra copies of documents preserved for convenience or reference, stocks of publications and of processed documents, or personal papers unrelated to official Agency business.

**(U) Records Control Schedule -** Authority granted by National Archives and Records Administration (NARA) that allows the Agency to systematically disposition Agency records. The Agency's Records Control Schedule (RCS) describe each record series in detail and the length of time they are to be maintained.

I.      (U) Authorities

(U//AIUO) Sections 5 and 10 of the Presidential and Federal Records Act Amendments of 2014 (44 U.S.C. § 3301; 44 U.S.C. § 2911); 36 C.F.R. Part 1226; OMB NARA Directive M-12-18: Managing Government Records; NARA Bulletin 2013-02 (Guidance on New Approach to Managing Email Records, August 29, 2013); AR 1-3 (U) *The Agency Regulatory System* ; and AR 1-7 (U) *Deputy Director of CIA for Digital Innovation*.

II.     (U) Policy

## A.      (U) Agency Email Systems:

1.      (U) The Agency email systems and their contents are the property of the US Government. Users shall have no reasonable expectation of privacy in their use of the Agency's email systems. Email is subject to internal monitoring and review for authorized counterintelligence, security, criminal, and Inspector General investigations, as well as system management, information management, and information release purposes. System backup copies of electronic messages are not considered to be acceptable alternative recordkeeping systems or repositories for the purposes of this policy.

2. (U//AIUO) Agency email (including encrypted email and attachments), unless specifically exempted by statute, is subject to search, review, and possible release in response to litigation, internal and external investigations, and authorized inquiries such as those under the Freedom of Information Act and the Privacy Act.

## B. (U) Retention of Email:

1. (U) Email and attachments sent or received by Agency personnel are captured in corporate email repositories with no further preservation action by the user; those that meet the definition of a federal record are considered the recordkeeping copy. Federal records must be retained and maintained in accordance with Agency Records Control Schedule (RCS) and National Archives and Records Administration (NARA) General Records Schedule (GRS).

2. (U) Email and attachments that are nonrecord material shall be destroyed when no longer needed.

3. (U) Email responsive to an internal investigation, litigation, or similar matter shall be preserved in accordance with the Agency preservation hold process. Disposition of email will be suspended until the conclusion of the matter requiring the hold.

4. (U//FOUO) Email sent or received by Agency personnel not captured in corporate email repositories (including but not limited to email sent or received by Agency personnel on Joint Worldwide Intelligence Communications System (JWICS), Secret Internet Protocol Router Network (SIPRNet), and authorized unclassified networks such as Non-secure Internet Protocol Router Network (NIPRNet) may meet the definition of a federal record. It is the user's responsibility to ensure federal records are retained in approved electronic recordkeeping systems or ingested into an Agency Data Network (ADN) corporate email repository through AIN Network Transfer Email (ANTE) Up or similar functionalities.

5. (U//AIUO) AR 10-49 (U) *Information Management Program* defines the overarching policy for the disposition of Agency records. Contact your Information Management Officer (IMO) for additional guidance on records disposition.

## C. (U) Use of Non-Official Electronic Messaging Accounts:

1. (U) As a general rule, non-official or personal electronic messaging accounts may not be used to conduct Agency business except in exceptional circumstances.

2. (U) If a non-official or personal account is used under an exceptional circumstance to

conduct Agency business, that record shall be preserved by:

   a. (U) Transferring a digital copy of the record into an approved Agency recordkeeping system ▓▓▓▓▓▓▓▓▓▓ or printing and scanning a copy of the record into an approved Agency recordkeeping system ▓▓▓▓▓▓▓▓▓▓ or if forwarding to an official account will reveal a cover mechanism; or

   b. (U) Forwarding a complete copy of the electronic message and attachment(s) to an official government account ▓▓▓▓▓▓▓▓▓▓ no later than 20 days after the original creation or transmission of the record; or

   c. (U) Adding to the carbon copy (CC) address the user's official government account ▓▓▓▓▓▓▓▓▓▓ in the original creation or transmission of the record.

III.   (U) Responsibilities

## A.   (U) Heads of Directorates and Independent Offices, and Operating Officials shall:

   1. (U//AIUO) Designate an approved recordkeeping system(s) and ensure Agency personnel capture email and attachments relevant to program/project business needs in accordance with AR 10-50 (U) *Creation of Agency Records* , if management in corporate email repositories is not sufficient.

## B.   (U) The Chief Information Officer (CIO) shall:

   1. (U) Ensure CIA Chief Data Officer (CDO) requirements for email management provided by the Directorate/Agency Data Office (ADO), who serves as CIA CDO, or designee are incorporated into the design or functionality of email systems.

   2. (U//AIUO) Preserve email and attachments (including those that are encrypted or contain encrypted content) in an authentic, reliable, retrievable, trustworthy, and readable format until disposition. Disposition actions are taken after coordination and approval from D/ADO, who serves as CIA CDO, or designee. (See AR 10-49 (U) *Information Management Program*.)

   3. (U//AIUO) Maintain email metadata with the email as required by the Information Management Approval process. (See AR 10-49 (U) *Information Management Program*.)

   4. (U) Maintain group mailing addresses to reflect the total list of individuals within the

metadata (including Blind Carbon Copy (BCC) lines) if not contained within the text of the message.

5. 

## C. (U) Director/Agency Data Office, serving as the Chief Data Officer (CDO), or designee shall:

1. (U) Serve as the Subject Matter Expert for email retention and disposition guidance.

2. (U) In coordination with the CIO, enforce information management requirements to ensure proper email management and searchability (to include authorized access for requirements in Section II.A.2.) until disposition.

## D. (U) All Agency personnel shall:

1. (U) Transmit and retain email in a manner compliant with requirements to protect personal information, such as the Privacy Act, the Health Insurance Portability and Accountability Act, and other applicable legal or policy requirements.

2. (U) Capture email and attachments relevant to program/project business needs in an approved recordkeeping system if management in corporate email repositories is not sufficient.

3. (U//FOUO) Retain Agency records not captured in corporate email repositories (including but not limited to email sent or received by Agency personnel on JWICS, SIPRNet, and authorized unclassified networks such as NIPRNet) by filing in an approved recordkeeping system or by ingesting into an ADN corporate email repository through ANTE Up or similar functionalities.

4. (U//AIUO) Ensure email that constitutes a federal record that is sent or received in a personal email account is filed and maintained in an approved recordkeeping system or ingested into a corporate email repository.

5. (U//AIUO) Apply national security classification, control, and dissemination markings to email (as defined by AG 10-3C (U) *Classification of National Security Information*).

6. (U) Consult with the component IMO prior to separation from the Agency to ensure appropriate records retention of all federal records, including email and associated attachments.

References

1. (U) Office of Management and Budget and National Archives and Records Administration Directive M-12-18 (Managing Government Records, August 24, 2012)

2. (U) HR 1233, Presidential and Federal Records Act Amendments of 2014

3. (U//AIUO) AG 10-3C (U) *Classification of National Security Information*

4. (U//AIUO) AR 10-49 (U) *Information Management Program*

5. (U//AIUO) AR 10-50 (U) *Creation of Agency Records*