# Exhibit 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 1:25-cv-00883-JEB<br>PETE HEGSETH, et al )<br>)<br>) | |

### DECLARATION OF MALLORY D. ROGOFF

Pursuant to 28 U.S.C. § 1746, I, Mallory D. Rogoff, declare and state as follows:

1. I am the Agency Records Officer for the U.S. Department of State ("Department"), within the Shared Knowledge Services ("A/SKS") office of the Bureau of Administration. I have served in this position since March 24, 2024. I am the Secretary's delegated records officer who is responsible for coordinating and overseeing the implementation of the Department's Federal Records Act (FRA) program. I also ensure formal training is provided to all Department personnel on the policies for managing records and their recordkeeping responsibilities.

2. I am familiar with the efforts of Department personnel to preserve federal records, and I am in charge of developing policies and procedures that meet the Department's FRA objectives.

3. The U.S. Department of State received an email from the White House Counsel's Office on April 8 containing a consolidated version of the Signal group chat referenced in the March 24 and 26, 2025 articles in The Atlantic, which was created for federal records purposes. The document was created based on publicly available information and information saved from

participants' phones. The document includes content that has not been published by The Atlantic. This document is now saved in FRA-compliant systems of the Department.

\*\*\*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __7th__ day of May 2025, Washington, D.C.

*[signature: Mallory D. Rogoff]*

Mallory D. Rogoff