IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>TULSI GABBARD, in her official capacity as Director of National Intelligence,<br><br>JOHN L. RATCLIFFE, in his official capacity as Director of The Central Intelligence Agency,<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury<br><br>MARCO A. RUBIO, in his official capacities as Secretary of State and Acting Archivist of the United States,<br><br>and<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>*Defendants*. | Case No. 25-883 (JEB) |

## NOTICE OF FILING PROOF OF SERVICE

American Oversight, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Pete Hegseth, Tulsi

Gabbard, John L. Ratcliffe, Scott Bessent, Marco A. Rubio, and the National Archives and Records Administration, in the above-captioned matter.

Dated: May 16, 2025                                    Respectfully submitted,

                                                */s/ Emma Lewis*
                                               Emma Lewis
                                               D.C. Bar No. 144574
                                               AMERICAN OVERSIGHT
                                               1030 15th Street NW, B255
                                               Washington, DC 20005
                                               (202) 919-6303
                                               emma.lewis@americanoversight.org
                                               Counsel for Plaintiff