IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br>                                    *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> PETE HEGSETH, in his official capacity as ) <br> Secretary of Defense, ) <br> ) <br> TULSI GABBARD, in her official capacity as ) <br> Director of National Intelligence, ) <br> ) <br> JOHN L. RATCLIFFE, in his official capacity ) <br> as Director of The Central Intelligence Agency, ) <br> ) <br> SCOTT BESSENT, in his official capacity as ) <br> Secretary of the Treasury ) <br> ) <br> MARCO A. RUBIO, in his official capacities as ) <br> Secretary of State and Acting Archivist of the ) <br> United States, ) <br> ) <br> and ) <br> ) <br> NATIONAL ARCHIVES AND RECORDS ) <br> ADMINISTRATION, ) <br> ) <br>                                   *Defendants*. ) | Case No. 25-883 (JEB) |

## **DECLARATION OF SERVICE**

     I, Marwah Adhoob, hereby declare as follows:

     1.       I am employed as a Paralegal at American Oversight.

     2.       On March 25, 2025, American Oversight initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On March 26, 2025, the Court issued signed summonses for service. On April 15, 2025, I served the summonses and copies of the complaint

and attachments on Defendant Marco A. Rubio. On April 22, 2025, I served the summonses and copies of the complaint and attachments on Defendant John L. Ratcliffe. Service was effected by U.S. Mail, First-Class, return-receipt requested on Defendants Marco A. Rubio and John L. Ratcliffe.

      3.      According to USPS Tracking, service of process was effected on Marco A. Rubio, The Executive Office Legal Adviser, U.S. Department of State, 600 19th St NW Ste 5.600, Washington, DC 20006-5526 on April 24, 2025.

      4.      According to USPS Tracking, service of process was effected on John L. Ratcliffe, Director of The Central Intelligence Agency, Washington, DC 20505 on May 2, 2025.

      5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 15, 2025

*Marwah Adhoob*
Marwah Adhoob