IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    *Plaintiff*,<br><br>      v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense et al.,<br><br>    *Defendants*. | Civil Action No. 25-cv-883-JEB |

**DEFENDANTS' UNOPPOSED MOTION FOR A SIX-DAY EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendants respectfully move for a six-day extension of time to respond to the Amended Complaint, ECF No. 17, to and including Thursday, July 3, 2025. Defendants' response is currently due Friday, June 27. *See* Minute Order (May 20, 2025). Good cause exists to grant the motion. If granted, this extension will not impact any other deadlines.

1. This is Defendants' second request for an extension. *See* Defendants' Unopposed Motion for a Thirty-Day Extension of Time to Respond to the Amended Complaint, ECF No. 27.

2. Defendants seek this brief extension of time to respond to the Amended Complaint due to the press of business and competing workload demands.

3. Undersigned counsel conferred with counsel for Plaintiff on June 18 regarding this request. Plaintiff's counsel indicated that Plaintiff consents to the extension.

In light of the foregoing, Defendants respectfully request a brief extension of time to respond to the Amended Complaint, to and including July 3, 2025.

Dated: June 18, 2025

Respectfully submitted,
BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Federal Programs Branch

 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendants*