# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AMERICAN OVERSIGHT,**<br><br>Plaintiff,<br><br>v.<br><br>**PETE HEGSETH,** *et al.*,<br><br>Defendants. | Civil Action No. 25-883 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's [19] Motion for a Preliminary Injunction is GRANTED IN PART and DENIED IN PART;

2. Agency-head Defendants shall promptly notify Acting Archivist Rubio of any Signal chats of which they are aware that contain federal records at risk of impending deletion, see 44 U.S.C. § 3106(a);

3. Rubio shall promptly "request the Attorney General to initiate" "an action for . . . recovery or other redress" to preserve any at-risk federal records in such chats and "notify the Congress when such a request has been made," id. § 3106(b); and

4. The Government shall file a status report by June 27, 2025, indicating the steps it has taken to comply with this Order.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: June 20, 2025

1