IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    *Plaintiff*,<br><br>    v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense et al.,<br><br>    *Defendants*. | Civil Action No. 25-cv-883-JEB |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's June 20, 2025 Order, ECF No. 35, granting in part and denying in part Plaintiff's Motion for a Preliminary Injunction, ECF No. 19, Defendants file this status report setting forth steps that they have taken to comply with that Order. The Order requires: (1) that agency-head Defendants "shall promptly notify Acting Archivist Rubio of any Signal chats of which they are aware that contain federal records at risk of impending deletion;" and (2) Acting Archivist Rubio "shall promptly 'request the Attorney General to initiate' 'an action for . . . recovery or other redress' to preserve any at-risk federal records in such chats and 'notify the Congress when such a request has been made[.]'" ECF No. 35 ¶¶ 2–3.

The Defendants, through counsel, have each confirmed that they are not aware of any Signal chats of agency head Defendants containing federal records at risk of impending deletion. Specifically, the agency-head Defendants or their staff communicated that existing Signal chats of which they are aware contain federal records are not currently set for automatic deletion or have been preserved through other means. Accordingly, in the absence of any known federal records at risk of imminent deletion, the predicate for notification under 44 U.S.C. § 3106(a) is lacking.

1

| | |
|---|---|
| Dated: June 27, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director<br>Federal Programs Branch<br><br>*/s/ Heidy L. Gonzalez*<br>HEIDY L. GONZALEZ (FL Bar No. 1025003)<br>AMBER RICHER (CA Bar No. 253918)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Tel: (202) 598-7409<br>Email: heidy.gonzalez@usdoj.gov<br><br>*Attorneys for Defendant* |