IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETE HEGSETH, in his official capacity as ) <br> Secretary of Defense et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 25-cv-883-JEB |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, by and through their undersigned counsel, hereby move for dismissal of the Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, Defendants submit the accompanying Memorandum of Points and Authorities and proposed order.

Dated: July 3, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Amber Richer*
AMBER RICHER (CA Bar No. 253918)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov
*Attorneys for Defendant*