IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 25-cv-883 (JEB) |
| ) | |
| PETE HEGSETH, in his official capacity as ) Secretary of Defense, et al. ) | |
| ) | |
| *Defendants*. ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff American Oversight respectfully requests a fourteen-day extension of time to submit its opposition to Defendants' Motion to Dismiss, ECF No. 39, to July 31, 2025. Defendants Pete Hegseth, in his official capacity as Secretary of Defense; Tulsi Gabbard, in her official capacity as Director of National Intelligence; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; Scott Bessent, in his official capacity as Secretary of the Treasury; Marco A. Rubio, in his official capacities as Secretary of State and Acting Archivist of the United States; and the National Archives and Records Administration (NARA) respectfully request a corresponding extension of time for any reply, to August 14, 2025.

Defendants filed their Motion to Dismiss on July 3, 2025. Under Local Rule 7(b), Plaintiff's opposition is due July 17, 2025. An extension of this deadline to July 31, 2025, is necessary because counsel for Plaintiff is on a planned vacation in this time frame. This is Plaintiff's first request for an extension of this, or any deadline, in this matter. Plaintiff seeks this extension of time in good faith and not for purposes of delay.

Defendants request a corresponding extension for any reply in support of their motion, to August 14, 2025.

Pursuant to Local Rule 7(m), the parties have conferred and neither party opposes the relief sought in this motion.

| | |
|---|---|
| Dated: July 8, 2025 | Respectfully Submitted, |
| */s/ Emma Lewis* | BRETT A. SHUMATE |
| Emma Lewis | Assistant Attorney General |
| D.C. Bar No. 144574 | Civil Division |
| Benjamin A. Sparks | |
| D.C. Bar No. 90020649 | ELIZABETH J. SHAPIRO |
| | Deputy Director |
| AMERICAN OVERSIGHT | Federal Programs Branch |
| 1030 15th Street NW, B255 | |
| Washington, DC 20005 | */s/ Amber Richer* |
| (202) 919-6303 | AMBER RICHER (CA Bar No. 253918) |
| emma.lewis@americanoversight.org | Trial Attorney |
| ben.sparks@americanoversight.org | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| *Counsel for Plaintiff* | 1100 L Street, NW |
| | Washington, DC 20005 |
| | (202) 514-3489 |
| | amber.richer@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 25-cv-883 (JEB) |
| ) | |
| PETE HEGSETH, in his official capacity as ) Secretary of Defense, et al. ) | |
| ) | |
| *Defendants*. ) | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion for Extension of Time, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed on or before July 31, 2025. It is further

ORDERED that any reply in support of Defendants' Motion to Dismiss shall be filed on or before August 14, 2025.

SO ORDERED.

Date: _____        _____

United States District Judge