IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> PETE HEGSETH, in his official capacity as Secretary of Defense, et al. <br><br> *Defendants.* | Case No. 25-cv-883 (JEB) |

## JOINT STATUS REPORT

Pursuant to Standing Order 25-59 (JEB), Plaintiff, American Oversight, and Defendants, Pete Hegseth, in his official capacity as Secretary of Defense; Tulsi Gabbard, in her official capacity as Director of National Intelligence; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; Scott Bessent, in his official capacity as Secretary of the Treasury; Marco A. Rubio, in his official capacities as Secretary of State and Acting Archivist of the United States; and the National Archives and Records Administration (NARA), (collectively "the Parties") have conferred and respectfully submit the following joint status report.

1. On September 11, 2025, this Court issued a Minute Order setting a hearing on the pending Motion to Dismiss for September 22, 2025, at 10:30 a.m. The Court's Order further stated that "[t]he parties shall be prepared to address whether signed declarations by Defendants affirming the information provided in their [38] Status Report would resolve this case."

2. After conferring on September 17, 2025, the Parties filed a Joint Motion to Stay Hearing on Defendant's Motion to Dismiss. ECF No. 43 (Sept. 18, 2025).

1

3. By Minute Order entered September 19, 2025, this Court granted the parties' Joint Motion to Stay, ECF No. 43, vacated the hearing set for September 22, 2025, and ordered that the parties submit a joint status report by October 9, 2025.

4. On October 1, 2025, the Court issued Standing Order No. 25-55, which stayed deadlines in matters involving the United States. Pursuant to Standing Order No. 25-55, the October 9 deadline to file the joint status report was stayed in light of the lapse in federal appropriations.

5. On November 13, 2025, the Court issued Standing Order No. 25-59, which extended all such deadlines by a period of time equal to the duration of the lapse plus ten days. Pursuant to Standing Order No. 25-59, the deadline to file the joint status report was extended to December 1, 2025.

6. Accordingly, undersigned counsel for the Parties met and conferred on November 25, 2025.

7. The Parties continue to agree that they may be able to resolve this case without further judicial involvement.

8. The Parties require additional time, however, to pursue a potential resolution of this case.

9. The Parties therefore propose to file a status report by December 19, 2025, informing the Court of the status of these discussions.

\*     \*     \*

In light of the foregoing, a proposed order is attached.

| | |
|---|---|
| Dated: December 1, 2025 | Respectfully Submitted, |
| | |
| */s/ Benjamin Sparks* | BRETT A. SHUMATE |
| Emma Lewis | Assistant Attorney General |
| D.C. Bar No. 144574 | Civil Division |
| Benjamin A. Sparks | |
| D.C. Bar No. 90020649 | ELIZABETH J. SHAPIRO |
| | Deputy Director |
| AMERICAN OVERSIGHT | Federal Programs Branch |
| 1030 15th Street NW, B255 | |
| Washington, DC 20005 | */s/ Amber Richer* |
| (202) 919-6303 | AMBER RICHER (CA Bar No. 253918) |
| emma.lewis@americanoversight.org | Trial Attorney |
| ben.sparks@americanoversight.org | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| *Counsel for Plaintiff* | 1100 L Street, NW |
| | Washington, DC 20005 |
| | (202) 514-3489 |
| | amber.richer@usdoj.gov |
| | |
| | *Counsel for Defendants* |