IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> PETE HEGSETH, in his official capacity as Secretary of Defense, et al. <br><br> *Defendants.* | Case No. 25-cv-883 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered December 2, 2025, Plaintiff, American Oversight, and Defendants, Pete Hegseth, in his official capacity as Secretary of Defense; Tulsi Gabbard, in her official capacity as Director of National Intelligence; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; Scott Bessent, in his official capacity as Secretary of the Treasury; Marco A. Rubio, in his official capacities as Secretary of State and Acting Archivist of the United States; and the National Archives and Records Administration (NARA), (collectively "the Parties") respectfully submit the following joint status report.

1. On December 17, 2025, undersigned counsel for the Parties met and conferred by phone.

2. The Parties continue to agree that they may be able to resolve this case without further judicial involvement.

3. The Parties require additional time, however, to pursue a potential resolution of this case.

1

4. Undersigned counsel for the Parties will be away on preplanned leave in late December 2025 and early January 2026.

5. The Parties therefore propose to file a further joint status report by January 30, 2026, informing the Court of the status of these discussions.

\*       \*       \*

In light of the foregoing, a proposed order is attached.

Dated: December 19, 2025                          Respectfully Submitted,

*/s/ Benjamin Sparks*                                      BRETT A. SHUMATE
Emma Lewis                                                   Assistant Attorney General
D.C. Bar No. 144574                                        Civil Division
Benjamin A. Sparks
D.C. Bar No. 90020649                                   ELIZABETH J. SHAPIRO
                                                                        Deputy Director
AMERICAN OVERSIGHT                               Federal Programs Branch
1030 15th Street NW, B255
Washington, DC 20005                                  */s/ Amber Richer*
(202) 919-6303                                                AMBER RICHER (CA Bar No. 253918)
emma.lewis@americanoversight.org            Trial Attorney
ben.sparks@americanoversight.org             United States Department of Justice
                                                                        Civil Division, Federal Programs Branch
*Counsel for Plaintiff*                                      1100 L Street, NW
                                                                        Washington, DC 20005
                                                                        (202) 514-3489
                                                                        amber.richer@usdoj.gov

                                                                        *Counsel for Defendants*