IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    *Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, et al.<br><br>    *Defendants*. | Case No. 25-cv-883 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and for good cause shown, it is hereby

ORDERED that the Parties shall file a further joint status report on or before January 30, 2026.

SO ORDERED.

Date: _____

                     _____
                     CHIEF JUDGE
                     JAMES E. BOASBERG