IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT,<br><br>        *Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, et al.<br><br>        *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-cv-883 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered December 19, 2025, Plaintiff, American Oversight, and Defendants, Pete Hegseth, in his official capacity as Secretary of Defense; Tulsi Gabbard, in her official capacity as Director of National Intelligence; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; Scott Bessent, in his official capacity as Secretary of the Treasury; Marco A. Rubio, in his official capacities as Secretary of State and Acting Archivist of the United States; and the National Archives and Records Administration (NARA), (collectively "the Parties") respectfully submit the following joint status report.

1. On January 26, 2026, undersigned counsel for the Parties met and conferred by virtual conference.

2. The Parties continue to agree that they may be able to resolve this case without further judicial involvement and have agreed to continue to meet and confer on this matter while Defendants continue to work on responding to Plaintiff's requests.

3. Accordingly, the Parties require additional time to pursue a potential resolution of this case.

4.   The Parties therefore propose to file a further joint status report by February 27, 2026, informing the Court of the status of these discussions.

*   *   *

In light of the foregoing, a proposed order is attached.

Dated: January 30, 2026

/s/ *Benjamin Sparks*
Emma Lewis
D.C. Bar No. 144574
Benjamin A. Sparks
D.C. Bar No. 90020649

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org
ben.sparks@americanoversight.org

*Counsel for Plaintiff*

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ *Amber Richer*
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 514-3489
amber.richer@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> PETE HEGSETH, in his official capacity as ) <br> Secretary of Defense, et al. ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 25-cv-883 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and for good cause shown, it is hereby

ORDERED that the Parties shall file a further joint status report on or before February 27, 2026.

SO ORDERED.

Date: _____                   _____
                                                                    CHIEF JUDGE
                                                                    JAMES E. BOASBERG

1