IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) ) | Case No. 25-cv-883 (JEB) |
| PETE HEGSETH, in his official capacity as Secretary of Defense, et al. | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered January 30, 2026, Plaintiff, American Oversight, and Defendants, Pete Hegseth, in his official capacity as Secretary of Defense; Tulsi Gabbard, in her official capacity as Director of National Intelligence; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; Scott Bessent, in his official capacity as Secretary of the Treasury; Marco A. Rubio, in his official capacities as Secretary of State and Acting Archivist of the United States; and the National Archives and Records Administration (NARA), (collectively "the Parties") respectfully submit the following joint status report.

1.      On February 24, 2026, undersigned counsel for the Parties again met and conferred by virtual conference. Defendants report that they have made substantial progress in responding to Plaintiff's requests. Defendants require some additional time, however, to complete those responses.

2.      Defendants therefore propose that the Parties file a further joint status report by March 27, 2026.

1

3.      Plaintiff's statement: Consistent with the Court's September 11, 2025 Minute Order and the parties' Joint Motion to Stay Hearing on Defendants' Motion to Dismiss, ECF No. 43, the parties have been meeting and conferring in good faith to determine whether signed declarations by Defendants affirming the information provided in their June 27, 2025 Status Report, ECF No. 38, would resolve this case. Plaintiff believes that appropriate declarations could lead to resolution. However, as of the date of this filing, Defendants still have not provided Plaintiff with declarations affirming the statements made subject to Fed. R. Civ. P. 11 eight months ago in Defendants' Status Report. While Plaintiff agrees to continue meeting and conferring with a next status update due to the Court on March 27, 2026, it reserves the right to refuse additional extensions and take steps necessary to move this matter forward.

*      *      *

In light of the foregoing, a proposed order is attached.

Dated: February 27, 2026                              Respectfully Submitted,

/s/ Benjamin Sparks                                      BRETT A. SHUMATE
Emma Lewis                                               Assistant Attorney General
D.C. Bar No. 144574                                      Civil Division
Benjamin A. Sparks
D.C. Bar No. 90020649                                    ELIZABETH J. SHAPIRO
                                                         Deputy Director
AMERICAN OVERSIGHT                                       Federal Programs Branch
1030 15th Street NW, B255
Washington, DC 20005                                     /s/ Amber Richer
(202) 919-6303                                           AMBER RICHER (CA Bar No. 253918)
emma.lewis@americanoversight.org                         Trial Attorney
ben.sparks@americanoversight.org                         United States Department of Justice
                                                         Civil Division, Federal Programs Branch
*Counsel for Plaintiff*                                  1100 L Street, NW
                                                         Washington, DC 20005
                                                         (202) 514-3489
                                                         amber.richer@usdoj.gov

                                                         *Counsel for Defendants*

2