**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-883 (JEB) |
| | ) | |
| PETE HEGSETH, in his official capacity as Secretary of Defense, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and for good cause shown, it is

hereby

ORDERED that the Parties shall file a further joint status report on or before April 9,

2026, if they have not stipulated to a dismissal by that date.

SO ORDERED.

Date: _____                    _____
                                          CHIEF JUDGE
                                          JAMES E. BOASBERG

1