## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-883 (JEB) |
| | ) | |
| PETE HEGSETH, in his official capacity as Secretary of Defense, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### JOINT STATUS REPORT

Pursuant to the Minute Order entered March 30, 2026, Plaintiff, American Oversight, and Defendants, Pete Hegseth, in his official capacity as Secretary of Defense; Tulsi Gabbard, in her official capacity as Director of National Intelligence; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; Scott Bessent, in his official capacity as Secretary of the Treasury; Marco A. Rubio, in his official capacities as Secretary of State and Acting Archivist of the United States; and the National Archives and Records Administration (NARA), (collectively "the Parties") respectfully submit the following joint status report.

1.     On April 3, 2026, undersigned counsel for the Parties again met and conferred by virtual conference.

2.     One of the Defendants is working on responding to a follow-up request from Plaintiff.

3.     The Parties will continue to meet and confer as necessary.

4.     The Parties therefore propose that they will file a further joint status report by April 30, 2026, if they have not stipulated to a dismissal by that date.

1

\*      \*      \*

In light of the foregoing, a proposed order is attached.

Dated: April 9, 2026

/s/ Benjamin Sparks
Emma Lewis
D.C. Bar No. 144574
Benjamin A. Sparks
D.C. Bar No. 90020649

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org
ben.sparks@americanoversight.org

Counsel for Plaintiff

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 514-3489
amber.richer@usdoj.gov

Counsel for Defendants

2