**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-cv-883-JEB |
| | ) | |
| PETE HEGSETH, in his official capacity as Secretary of Defense et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**DEFENDANTS' NOTICE OF FILING OF SUPPLEMENTAL DECLARATIONS**

Consistent with the Minute Order entered on September 11, 2025, and to resolve the case pursuant to the discussion of the Parties, Defendants, Pete Hegseth, in his official capacity as Secretary of Defense; Tulsi Gabbard, in her official capacity as Director of National Intelligence; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; Scott Bessent, in his official capacity as Secretary of the Treasury; Marco A. Rubio, in his official capacities as Secretary of State and Acting Archivist of the United States; and the National Archives and Records Administration (NARA), submit this notice of filing of the attached supplemental declarations. Accordingly, the Parties will file a separate joint stipulation of dismissal in conjunction with this filing.

1

Dated: April 30, 2026                    Respectfully submitted,

                                         BRETT A. SHUMATE
                                         Assistant Attorney General, Civil Division

                                         ELIZABETH J. SHAPIRO
                                         Deputy Director
                                         Federal Programs Branch

                                          /s/ Amber Richer_____
                                         AMBER RICHER (CA Bar No. 253918)
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, NW
                                         Washington, D.C. 20530
                                         Tel: (202) 514-3489
                                         Email: amber.richer@usdoj.gov
                                         *Attorneys for Defendant*