## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

Plaintiff,

v.

PETE HEGSETH, in his official capacity
as Secretary of Defense, *et al.*,

Defendants.

Civil Action No. 1:25-cv-883

## DECLARATION OF BRIAN P. MORRISSEY

I, Brian P. Morrissey, declare under penalty of perjury:

1. I serve as General Counsel of the Department of the Treasury (Treasury). I was appointed to this position on October 17, 2025 by the President with advice and consent of the Senate. My statutory responsibility is to serve as "chief law officer of the Department" and I report directly to the Secretary. 31 U.S.C. § 301.

2. I am familiar with the claims asserted against Secretary Scott Bessent, in his official capacity as Secretary of the Treasury, in the above-captioned action regarding the "Houthi PC Small Group Chat," as referenced in the Amended Complaint ¶ 2, ECF No. 17. I provide this declaration based on personal knowledge and information provided to me in the course of my official duties.

3. Prior to my confirmation as General Counsel, Christopher Pilkerton served as Acting General Counsel of the Department. I have reviewed Mr. Pilkerton's prior declarations in this litigation on March 27, 2025 (March Pilkerton Declaration) and May 7, 2025 (May Pilkerton Declaration).

4.  As set forth in the March Pilkerton Declaration, on March 26, 2025, Mr. Pilkerton sent a memorandum to Secretary Bessent, instructing him to take any steps necessary to preserve all existing communications he had sent or received related to the conduct of Treasury business using any electronic messaging application, including but not limited to Signal. Mr. Pilkerton further advised the Secretary that his obligation to preserve records also extends to messages created in the future, and that the preservation requirement applies regardless of whether the messages were created or received using a Treasury-issued device or a personal one.

5.  *Treasury Directive Publication 80-05: Records Management* (Jan. 31, 2018) (TDP 80-05), previously was provided as Attachment A to the May Pilkerton Declaration. TDP 80-05 remains in force at Treasury, and "establishes basic policy and operating requirements for records management programs within the Department of the Treasury." *See* Attachment A to May Pilkerton Declaration, at 4. As set forth in the May Pilkerton Declaration, Section 3.4 of TDP 80-05 pertains to encrypted applications, such as Signal. With respect to staff who use encrypted applications for Treasury business, Section 3.4 states:

    Staff who use encrypted applications for Treasury business are required to forward any Treasury-related messages to non-encrypted Treasury messaging systems within twenty days. This ensures Treasury records are captured, accessible, and maintained under approved records schedules, pertaining to records management at the Department.

    *See* Attachment A to May Pilkerton Declaration, at 24.

6.  As stated in the March Pilkerton Declaration, on March 27, 2025, images were taken from the phones of both Secretary Bessent and Treasury's then-Chief of Staff Daniel Katz of all existing messages from the "Houthi PC Small Group Chat"; those messages then were emailed to both Secretary Bessent and Mr. Katz, and are now preserved in their respective Treasury email accounts.

2

7. Based on the Treasury practices described in this declaration and my discussions with Secretary Bessent and Mr. Pilkerton, I am not aware of any messages in the Secretary's Signal account responsive to this litigation that have been lost to auto-deletion since the March Pilkerton Declaration was submitted. Since that time, consistent with TDP 80-05, Treasury's Office of the General Counsel systematically has reviewed and preserved within the Treasury email system, at regular intervals, any federal records within the Secretary's Signal account. Further, on the same basis, I am not aware of any federal records in the Secretary's Signal account at risk of impending deletion and the account settings do not put federal records at risk of impending deletion.

Executed on: 3|25|26

Signed: _____

Brian P. Morrissey
General Counsel
U.S. Department of the Treasury

3