UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>PETE HEGSETH, et al | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:25-cv-00883-JEB |

## DECLARATION OF MALLORY D. ROGOFF

Pursuant to 28 U.S.C. § 1746, I, Mallory D. Rogoff, declare and state as follows:

1.    I am the Agency Records Officer for the U.S. Department of State ("Department"), within the Shared Knowledge Services ("A/SKS") office of the Bureau of Administration.  I have served in this position since March 24, 2024.  I am the Secretary's delegated records officer who is responsible for coordinating and overseeing the implementation of the Department's Federal Records Act program.  I also ensure formal training is provided to all Department personnel on the policies for managing records and their recordkeeping responsibilities.

2.    I am familiar with the efforts of Department personnel to preserve federal records, and I am in charge of developing policies and procedures that meet the Department's Federal Records Act objectives.

3.    Signal, a third-party messaging application, permits the use of a setting on messages that automatically deletes those messages after a set period of time.  Another application, which was installed on the Secretary's official communication device on July 21, 2025, has been automatically journaling and preserving all sent or received Signal messages on

the Secretary's Department-issued device in Department record-keeping systems prior to deletion. This ensures the collection and preservation of Signal messages sent or received on the Secretary's Department-issued device after July 21, 2025, even if those messages otherwise have a deletion timeline setting enabled. The remaining Signal messages that contain federal records but were not collected by this application, such as messages sent before July 21, 2025, were manually transmitted to the Department's record-keeping system. Both automated and manual methods of collection mitigate the risk of any potential losses of federal records sent or received by the Secretary via Signal on a Department communication device in the future.

4.      The Office of the Secretary has also engaged with the Secretary, and confirmed that it is not aware of any Signal chats in the Secretary's possession containing federal records that are at risk of impending deletion. More specifically, Signal chats in the Secretary's possession containing federal records have been transmitted to the Department's record-keeping system through either an automated or manual method. This confirmation was provided to the Office of the Legal Adviser and shared with me after several consultations with members of the Secretary's staff.

***

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __19th__ day of March 2026, Washington, D.C.

Mallory D. Rogoff

2