**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN OVERSIGHT, )
 )
        Plaintiff, )
 )
    v. )     Case No. 1:25-cv-00883-JEB
 )
PETE HEGSETH, in his official capacity as )
Secretary of Defense, *et al.*, )
 )
        Defendants. )
 )

**DECLARATION OF LOUIS P. DINATALE, III,
CHIEF, INFORMATION MANAGEMENT OFFICE,
OFFICE OF THE DIRECTOR OF NATIONAL INTELLIFENCE**

I, Louis P. DiNatale, III, declare as follows:

1.     I am the Chief of the Information Management Office ("IMO"), under the Chief Operating Officer for the Office of the Director of National Intelligence ("ODNI"). I have held this position since 22 September 2025. As part of these duties, I am responsible for facilitating the implementation of information management-related Executive orders, laws, regulations, and ODNI policy.

2.     Through the exercise of my official duties, I am familiar with the subject of this litigation, including the claims asserted against Director of National Intelligence Tulsi Gabbard (Director Gabbard) in her official capacity. I make the following statements based on my personal knowledge and information made available to me in the course of my official duties.

3.     In my role as Chief of the ODNI Information Management Office, I confirm that I am not aware of any Signal chats of Director Gabbard containing federal records at risk of impending deletion. I understand that such existing Signal chats of which Director Gabbard or

her senior staff are aware that contain federal records are not currently set for automatic deletion and have been preserved through other means. Specifically, based on discussions with Director Gabbard's senior staff who have familiarity with the actions taken, I understand that any such messages identified as containing federal records are being transmitted to an agency records system.

4.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March, 2026

Louis P. DiNatale, III,
Chief, Information Management Office
Office of the Director of National Intelligence