**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-883 |
| PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**DECLARATION OF TIMOTHY C. PARLATORE**

I, Timothy C. Parlatore, declare as follows:

1. I am a Commander in the Judge Advocate General's Corps, United States Navy Reserve, currently serving as Special Advisor to the Secretary of War, United States Department of War ("DoW"). I have held this position since March 7, 2025. My duties include, but are not limited to, providing counsel and advice to the Secretary on matters involving Departmental priorities and Secretarial communications.

2. I am familiar with the efforts of Department personnel to locate and preserve the existing Signal chats at issue in this case. I make this declaration based on my personal knowledge and information obtained by me in the course of my official duties.

3. In the Defendants' Status Report dated June 27, 2025, the Office of the Secretary of War, through counsel, confirmed that it was not aware of any Signal chats of the Secretary containing federal records at risk of impending or automatic deletion. To form the basis of this statement, at the request of the DoW Office of General Counsel, I spoke to Secretary Hegseth on April 26, 2025 who searched his personal mobile device and found

no Signal chats containing federal records at risk of impending or automatic deletion.  I

reported this information to the DoW Office of General Counsel.  Furthermore, on July

23, 2025, I personally conducted an additional search of the Secretary's personal mobile

device and verified that, at that time, it contained no Signal chats containing federal

records at risk of impending or automatic deletion.

     I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge.

March 26, 2026

PARLATORE.TIMOTHY.CHARLES.

Digitally signed by PARLATORE.TIMOTHY.CHARLES
Date: 2026.03.26 15:49:09 -04'00'

Timothy C. Parlatore
Special Advisor to the Secretary of War
Department of War

2