IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

       Plaintiff,

       v.

PETE HEGSETH, in his official
capacity as Secretary of
Defense, et al.,

       Defendants.

Case No. 25-cv-883

**SECOND SUPPLEMENTAL DECLARATION OF HURLEY V. BLANKENSHIP**

I, Hurley V. Blankenship, hereby declare as follows:

1.   I continue to serve as the Chief Data Officer and the Director of the Agency Data Office at the Central Intelligence Agency ("CIA" or "Agency").  I respectfully refer the Court to my initial declaration, dated 31 March 2025, that was attached to the Defendants' Status Report in the above-referenced matter for additional information about my background.  See ECF 10-3.

2.   Through the exercise of my official duties, I have become familiar with the claims asserted against the defendants in this matter, including those against CIA Director John L. Ratcliffe in his official capacity.  I make the following statements based upon information made available to me in my official capacity.

3.   I confirm that I am not aware of any Signal chats of Director Ratcliffe containing federal records at risk of impending deletion.  I understand that existing Signal chats of which Director Ratcliffe or his senior staff are aware that contain federal records are not currently set for automatic deletion and have been preserved through other means. Specifically, based on 29 January 2026 discussions with senior staff who have familiarity with the actions taken, I understand that any messages identified as containing federal records are being transmitted to an agency records system.

*     *     *

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of March 2026.

Hurley V. Blankenship
Chief Data Officer
Central Intelligence Agency

2