**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) ) | Civil Action No. 25-cv-883-JEB |
| PETE HEGSETH, in his official capacity as Secretary of Defense et al., | ) ) ) | |
| *Defendants.* | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff American Oversight and Defendants, Pete Hegseth, in his official capacity as Secretary of Defense; Tulsi Gabbard, in her official capacity as Director of National Intelligence; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; Scott Bessent, in his official capacity as Secretary of the Treasury; Marco A. Rubio, in his official capacities as Secretary of State and Acting Archivist of the United States; and the National Archives and Records Administration (NARA), (collectively "the Parties") hereby stipulate to dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party bearing its own fees and costs.

1

Dated:  April 30, 2026

*/s/ Benjamin Sparks*
Emma Lewis
D.C. Bar No. 144574
Benjamin A. Sparks
D.C. Bar No. 90020649

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org
ben.sparks@americanoversight.org

*Counsel for Plaintiff*

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Amber Richer*
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 514-3489
amber.richer@usdoj.gov

*Counsel for Defendants*